

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2022

No. 04-22-00051-CV

**IN THE INTEREST OF B.A.S. AND B.J.S., CHILDREN**

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 19-09-00242-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellee's brief was originally due to be filed on March 21, 2022. On March 23, 2022, appellee filed a motion requesting a twenty-day extension of time to file its brief. We granted the motion and set an April 11, 2022 deadline for appellee's brief. Our order stated, *"**Given the time constraints governing the disposition of this appeal, no further extensions will be granted.**"*

Nevertheless, on April 11, 2022, appellee filed a motion for extension of time requesting an additional three-day extension. The motion is GRANTED. Appellee's brief is due **no later than April 14, 2022**. <u>**If appellee's brief is not filed by April 14, 2022, the case will be submitted without benefit of an appellee's brief.**</u>

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court